1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          NO. **CV15-03993 SLM**

             Plaintiff,
12
                                     **JUDGMENT ON DEFAULT**
       v.
13
   YULANDA WHITTLE
14 aka YULANDA YEVETTE WHITTLE
   aka YULANDA Y. WHITTLE aka
15 YULANDA Y. WHITTLE-GLASCO aka
   YULANDA YEVETTE WHITTLE-GLASCO
16 aka YULANDA GLASCO
   aka YULANDA YEVETTE GLASCO
17 aka YULANDA Y. GLASCO,

18           Defendant.
                                           /
19
        In the above entitled action, the defendant YULANDA WHITTLE aka YULANDA
20
   YEVETTE WHITTLE aka YULANDA Y. WHITTLE aka YULANDA Y. WHITTLE-GLASCO
21
   aka YULANDA YEVETTE WHITTLE-GLASCO  aka YULANDA GLASCO aka YULANDA
22
   YEVETTE GLASCO aka YULANDA Y. GLASCO having been duly served with the
23
   Summons and a copy of the Complaint in the action, and the defendant having failed to
24
   appear, answer, plead, or otherwise defend in the action within the time allowed by law, or
25
   at all, and default having been duly entered; and it further appearing that plaintiff's claim
26
   against the defendant is for a sum certain and for interest which can by computation be
27
   made certain and for costs; and it further appearing that a declaration on behalf of the
28
   plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said

1 defendant in accordance with the prayer of the Complaint, and also setting forth that
2 defendant is not an infant or incompetent person or in the military service of the United
3 States within the meaning of the Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501
4 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to
5 the benefits of said Act, and praying that Judgment be entered herein.

6     NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
7     IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
8 and from the defendant, YULANDA WHITTLE aka YULANDA YEVETTE WHITTLE aka
9 YULANDA Y. WHITTLE aka YULANDA Y. WHITTLE-GLASCO aka YULANDA YEVETTE
10 WHITTLE-GLASCO aka YULANDA GLASCO aka YULANDA YEVETTE GLASCO aka
11 YULANDA Y. GLASCO, the sum of $2,753.31 as principal, interest, attorney fees, and
12 costs, plus interest in the amount of $0.15 per day from January 19, 2016, to the date of
13 entry of the judgment, plus post judgment interest thereafter at the current legal rate per
14 annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded
15 annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith
16 entered accordingly.

18 JUDGMENT ENTERED: 1/20/2016

20 SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT



Deputy Clerk    Mark Romyn

JUDGMENT ON DEFAULT

2